In the Matter of the Application of FRED HARDING, Respondent, for a Writ of Habeas Corpus.

GEORGE W. EVANS, Appellant.

*Matter of Harding*, 112 App. Div. 907, affirmed.
(Argued April 1, 1907; decided April 16, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 26, 1906, which affirmed an order of the Ulster County Court discharging the petitioner, a judgment debtor, from custody.

*Charles H. Stage* for appellant.

*Joseph M. Fowler* for respondent.

Order affirmed, with costs; no opinion.
Concur: O'BRIEN, EDWARD T. BARTLETT, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J., HAIGHT and VANN, JJ.

---

In the Matter of the Accounting of LOUIS C. TIFFANY et al., as Executors and Trustees under the Will of CHARLES L. TIFFANY, Deceased, Respondents.

BURNETT Y. TIFFANY, Appellant.

*Matter of Tiffany*, 114 App. Div. 911, affirmed.
(Argued April 1, 1907; decided April 16, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which affirmed a decree of the New York County Surrogate's Court overruling objections to and settling the accounts of the executors and trustees of Charles L. Tiffany, deceased.

*William H. Page, Gilbert H. Crawford* and *Benjamin Tuska* for appellant.

*Charles W. Gould* and *Bayard L. Peck* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ,